IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AUDRY KING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 11-0480-KD-C |
| | ) |
| BISHOP STATE COMMUNITY | ) |
| COLLEGE and DEPARTMENT OF | ) |
| POST-SECONDARY EDUCATION, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The action is before the Court on transfer from the docket of Magistrate Judge William E. Cassady (doc. 12).  Accordingly, the Rule 16(b) Scheduling Order heretofore entered (doc. 8), is amended as follows:

8. FINAL PRETRIAL CONFERENCE. This jury action shall be pretried by the undersigned on **December 13, 2012 at 10:30 a.m.,** in Room 508, United States Courthouse, 113 St. Joseph St., Mobile, Alabama. Requests for extending the convening of the pretrial conference will be granted only if good cause for the extension has been exhibited. A COPY OF JUDGE DuBOSE'S STANDING ORDER GOVERNING HER FINAL PRETRIAL CONFERENCE IS ATTACHED.  NO ADDITIONAL NOTICES REGARDING THE FINAL PRETRIAL CONFERENCE WILL BE NECESSARY.

All other provisions and deadlines remain in effect.

**DONE** and **ORDERED** this the 16th day of February, 2012.

                                          **s/ Kristi K. DuBose**
                                          **KRISTI K. DuBOSE**
                                          **UNITED STATES DISTRICT JUDGE**